UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| THE PUBLIC SCHOOL RETIREMENT SYSTEM OF MISSOURI and THE PUBLIC EDUCATION EMPLOYEE RETIREMENT SYSTEM OF MISSOURI, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:10-CV-4070-NKL |
| v. | ) ) | |
| STATE STREET BANK AND TRUST COMPANY, | ) ) ) ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY SUGGESTIONS IN SUPPORT OF MOTION TO REMAND IN EXCESS OF 10 PAGES**

Pursuant to L.R. 7.1(f), Plaintiffs The Public School Retirement System of Missouri and The Public Education Employees Retirement System of Missouri (collectively, "PSRS") hereby request that the Court grant PSRS leave to file Suggestions in Support of their Second Motion to Remand in excess of 10 pages. In support of this motion, PSRS states:

1. On April 1, 2010, Defendant State Street Bank and Trust Company ("State Street") filed its second Notice of Removal. (DN 1). PSRS filed a Second Motion to Remand on April 13, 2010. (DN 12). State Street filed Suggestion in Opposition on April 30, 2010 (DN 26). State Street's Suggestions in Opposition are 30 pages in length.

2. To fully respond to State Street's arguments in its Suggestions in Opposition, PSRS requests leave to file Reply Suggestions in excess of ten pages. PSRS anticipates that the

5134316

Reply will be no longer than 15 pages, exclusive of the table of contents, table of authorities, signature page and attachments. PSRS's Reply is due to be filed on or before May 17, 2010.

WHEREFORE, Plaintiffs The Public School Retirement System of Missouri and The Public Education Employees Retirement System of Missouri request leave to file Reply Suggestions in Support of their Second Motion to Remand in excess of 10 pages.

>Respectfully submitted,
>
>THOMPSON COBURN LLP
>
>By /s/ Lawrence C. Friedman
>    Allen D. Allred, #26367
>    Lawrence C. Friedman, #34382
>    US Bank Plaza
>    St. Louis, MO 63101
>    (314) 552-6000
>    (314) 552-7000 Fax
>
>Attorneys for Plaintiffs The Public School Retirement System of Missouri and the Public Education Employee Retirement System of Missouri

5134316      - 2 -

Case 2:10-cv-04070-NKL   Document 28   Filed 05/11/10   Page 2 of 3

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing has been served electronically by means of the Court's CM/ECF electronic filing system on May 11, 2010 to:

Charles A. Weiss
Herbert R. Giorgio, Jr.
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Lori A. Martin
Peter K. Vigeland
Wilmer Cutler Pickering Hale and Dorr LLP
399 Park Avenue
New York, NY 10022

Peter J. Kolovos
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

                  /s/ Lawrence C. Friedman