# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI CENTRAL DIVISION

| | | |
|---|---|---|
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MO, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-4070-CV-C-NKL |
| v. | ) ) | |
| STATE STREET BANK & TRUST COMPANY, | ) ) ) | July 1, 2010 |
| Defendant. | ) | |

## MINUTE SHEET

HONORABLE Nanette K. Laughrey presiding at Jefferson City, Missouri.
==========================================================================
Nature of Proceeding: Oral Argument Teleconference
Time: 10:32 a.m. - 11:12 a.m.


Plaintiff by:   Allen Allred and Lawrence Friedman

Defendant by: Peter Vigeland, Lori Martin,Charles Weiss and Josh Serrentino

Comments:

Teleconference held.  Oral argument presented on Plaintiff's Motion to Remand [Doc. 12].   The Court granted the motion to remand.




Court Reporter: Katie Wirt                    By: Renea Kanies, Courtroom Deputy