**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**CENTRAL DIVISION**

| | | |
|---|---|---|
| PUBLIC SCHOOL RETIREMENT SYSTEM OF MO, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 10-4070-CV-C-NKL |
| v. | ) ) | |
| STATE STREET BANK & TRUST COMPANY, | ) ) ) | July 1, 2010 |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL CASE

☐     Jury Verdict.  This action came before the Court for a trial by jury.

XX     Decision by Court.  This action came to trial or hearing before the Court.

The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the oral ruling entered by the

Honorable Nanette K. Laughrey on July 1,  2010, the Court granted the Plaintiff's Motion to

Remand [Doc. 12].

AT THE DIRECTION OF THE COURT

Dated: July 1,  2010              s/ ANN THOMPSON
                                      Clerk

                                      s/ RENEA KANIES
                                      By: Renea Kanies, Courtroom Deputy