U. S. COURT OF APPEALS - EIGHTH CIRCUIT
NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**Caption:** Public School Retirement System of Missouri, et al   **Case No.:** 10-4070-CV-C-NKL

**Appellant:** Defendant State Street Bank and Trust

**Attorney(s):**

Lori A. Martin

**Appellee:** Public School Retirement System

**Attorney(s):**

Allen Allred & Lawrence Friedman

**Court Reporter(s):**

Katie Wirt   816-512-5608
400 East 9th Street
Kansas City, MO 64106

**Please return files and documents to:**

U.S. District Court
131 West High, Room 310
Jefferson City, MO  65101

**Person to contact about the appeal:**

| Length of Trial: | Fee: | IFP: | Pending IFP Mot. |
|---|---|---|---|
| n/a | $455 | no | no |

| Counsel: | Pending Motions | Local Interest | Simultaneous Release? |
|---|---|---|---|
|  | NO | NO | NO |

Criminal Cases/Prisoner Pro Se Cases only:

**Is defendant incarcerated?** KEYBOARD(Y/N)       **Where?**

KEYBOARD(Address of Defendant)