# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF MISSOURI

### OFFICE OF THE CLERK

ANN THOMPSON

CLERK OF COURT

ROOM 310, U.S. COURTHOUSE

JEFFERSON CITY, MO 65101

Phone: (573)636-4015

September 3, 2010

Mr. Michael Gans, Clerk
US Court of Appeals
111 South 10th Street
St. Louis, MO 63102

RE: Public School Retirement System of MO, et al., v. State Street Bank & Trust Co.
    District Court no. 10-4070-CV-C-NKL
    Appeal no. 10-2674

Dear Clerk:

Please find enclosed a copy of the transcript for proceedings held on July 1, 2010, being transmitted to you at this time in support of defendant's record on appeal.

Sincerely,

C. James
Deputy Clerk