# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 10-1244
_____

Public School Retirement System of Missouri; Public Education Employee Retirement System of Missouri,

Plaintiffs - Appellees

v.

State Street Bank & Trust Company,

Defendant - Appellant

_____

No: 10-2674
_____

Public School Retirement System of Missouri; Public Education Employee Retirement System of Missouri

Plaintiffs - Appellees

v.

State Street Bank & Trust Company

Defendant - Appellant

---

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:09-cv-04214-NKL)
(2:10-cv-04070-NKL)

---

**JUDGMENT**

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

May 23, 2011

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans