# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1244

Public School Retirement System of Missouri and Public Education Employee Retirement System of Missouri

Appellees

v.

State Street Bank & Trust Company

Appellant

No: 10-2674

Public School Retirement System of Missouri and Public Education Employee Retirement System of Missouri

Appellees

v.

State Street Bank & Trust Company

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:09-cv-04214-NKL)
(2:10-cv-04070-NKL)
_____

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judges Gruender and Benton did not participate in the consideration or decision of this matter.

June 28, 2011

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans