# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1244

Public School Retirement System of Missouri and Public Education Employee Retirement System of Missouri

Appellees

v.

State Street Bank & Trust Company

Appellant

No: 10-2674

Public School Retirement System of Missouri and Public Education Employee Retirement System of Missouri

Appellees

v.

State Street Bank & Trust Company

Appellant

_____

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:09-cv-04214-NKL)
(2:10-cv-04070-NKL)
_____

## MANDATE

In accordance with the opinion and judgment of 05/23/2011, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

July 07, 2011

Clerk, U.S. Court of Appeals, Eighth Circuit