# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 10-1244

Public School Retirement System of Missouri and Public Education Employee Retirement System of Missouri

Appellees

v.

State Street Bank & Trust Company

Appellant

No: 10-2674

Public School Retirement System of Missouri and Public Education Employee Retirement System of Missouri

Appellees

v.

State Street Bank & Trust Company

Appellant

___

Appeal from U.S. District Court for the Western District of Missouri - Jefferson City
(2:09-cv-04214-NKL)
(2:10-cv-04070-NKL)
___

**ORDER**

Appellees shall recover from the appellant the sum of $185.90 (One hundred eighty-five dollars and ninety cents.) as taxable costs on appeal.

The clerk of the United States District Court is directed to place these costs in the previously issued mandate.

July 07, 2011

Order Entered Under Rule 27B(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans